# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0067.  RICK WARREN v. CITY OF ATLANTA et al.**

After the Municipal Court of the City of Atlanta adjudicated Rick Warren guilty of violating the Atlanta City Housing Code of 1987, he petitioned the superior court for a writ of certiorari.  The superior court issued the writ but subsequently dismissed the case for want of prosecution.[1]  Warren then filed this direct appeal.  We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (1), (b); see *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795-796 (363 SE2d 45) (1987).  Compliance with the discretionary appeal procedure is required even where the superior court dismisses the action.  See *Taylor*, 184 Ga. App. at 796; accord *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984).  Warren's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal,

---

[1] In a single order, the superior court dismissed three cases that originated in the municipal court.  The instant appeal seeks review of the superior court's dismissal order only as it pertains to superior court case no. 2016CV274144.

which is hereby DISMISSED.  See *Taylor*, 184 Ga. App. at 796; *Brewer*, 170 Ga. App. at 351.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  08/23/2018
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*